■ Natalie Cannizzo et al., Respondents, v Singharetnam Wijeyasekaran et al., Defendants, and Strong Memorial Hospital, Appellant. (Appeal No. 2.) [688 NYS2d 456] —Appeal unanimously dismissed without costs (*see, Smith v Catholic*

*Med. Ctr.*, 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Frazee, J.—Set Aside Verdict.) Present—Green, J. P., Pine, Wisner, Pigott, Jr., and Balio, JJ.